OPINION — AG — THE BOARD OF REGENTS OF OKLAHOMA COLLEGES CAN RENT OR LEASE, TO A BOARD OF EDUCATION, THE UNNEEDED PERSONAL PROPERTY YOU REFER TO, BUT ONLY IN ACCORDANCE WITH RULES AND REGULATIONS PROMULGATED BY THE STATE BOARD OF PUBLIC AFFAIRS. CITE: OPINION NO. JANUARY 19, 1960 — BOARD OF REGENTS, 74 O.S. 1961 85.5 [74-85.5], ARTICLE XIII, SECTION 2, 70 O.S. 1961 1916.8 [70-1916.8] (J. H. JOHNSON)